# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Abitbol,<br><br>    Plaintiff,<br><br>v.<br><br>Geneva Financial LLC,<br><br>    Defendant. | NO. CV-24-00206-TUC-RCC<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal, this matter is dismissed with prejudice as to Plaintiff David Abitbol's individual claims and dismissed without prejudice as to any claims by the uncertified putative class members.

Debra D. Lucas
District Court Executive/Clerk of Court

March 14, 2025

By  s/ Dora L. Valenzuela
    Deputy Clerk